## RAMEY v. CONEY, LOVEJOY & COMPANY.

FISH, C. J. There was no error in the admission of evidence. The in-
structions to the jury upon which error was assigned were not subject
to the exceptions taken thereto; nor did the court err in merely failing
to explain to the jury the meaning of "the burden of proof," or of
"ground for reasonable suspicion;" nor in merely failing to instruct the
jury as complained of. The verdict was not without evidence to sup-
port it; and the trial judge did not abuse his discretion in refusing to
grant a new trial.

Judgment affirmed. Beck, J., absent. The other Justices concur.
SEPTEMBER 22, 1911.

Claim.   Before Judge Martin.   Pulaski superior court. . June
25, 1910.

H. E. Coates and Payne, Little & Jones, for plaintiff in error.
M. H. Boyer and Anderson, Felder, Rountree & Wilson, contra.